**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Charles Dipasquale,**

        *Plaintiff,*          Case No. 3:16-cv-219

v.          **Judge Thomas M. Rose**
         **Mag. Judge Michael J. Newman**

**Detective James Hawkins, et al,**

        *Defendants.*

---

**DECISION AND ORDER DENYING DEFENDANT JAMES HAWKINS' OBJECTIONS TO ENTRY AND ORDER: (1) VACATING PREVIOUSLY ISSUED SCHEDULING ORDER; (2) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT; AND (3) ORDERING PLAINTIFF TO FILE AMENDED COMPLAINT (ECF 86) AND DENYING DEFENDANT BRAD PROCTOR'S OBJECTION TO MAGISTRATE JUDGE ORDER. (ECF 88).**

---

This matter is before the Court on Defendant James Hawkins's Objections to Entry and Order: (1) Vacating Previously Issued Scheduling Order; (2) Granting Plaintiff's Motion for Leave to File an Amended Complaint; and (3) Ordering Plaintiff to File Amended Complaint (ECF 86) and Defendant Brad Proctor's Objection to Magistrate Judge Order. (ECF 88).

After a review of the record, this Court finds that Magistrate Judge Michael Newman's decisions were neither clearly erroneous nor contrary to law. Consequently, the Court will deny Defendants' objections. **IT IS THEREFORE ORDERED** that Defendant James Hawkins's Objections to Entry and Order: (1) Vacating Previously Issued Scheduling Order; (2) Granting Plaintiff's Motion for Leave to File an Amended Complaint; and (3) Ordering Plaintiff to File

Amended Complaint (ECF 86) and Defendant Brad Proctor's Objection to Magistrate Judge Order (ECF 88) are **DENIED**.

**DONE** and **ORDERED** this Wednesday, February 20, 2019.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE