UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES DIPASQUALE,

     Plaintiff,                                Case No. 3:16-cv-219

vs.

JAMES HAWKINS, *et al*.,                   District Judge Thomas M. Rose
                                           Magistrate Judge Michael J. Newman

     Defendants.

_____

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 118); (2) GRANTING THE JOINT MOTION TO VOLUNTARILY DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT BRADLEY PROCTOR; (2) DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT PROCTOR; (3) TERMINATING DEFENDANT PROCTOR AS A PARTY TO THIS ACTION; AND (4) DENYING AS MOOT DEFENDANT PROCTOR'S MOTION FOR JUDGMENT ON THE PLEADINGS (DOC. 106)**

_____

     The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (doc. 118), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (doc. 118) is **ADOPTED** in full; (2) the parties' joint motion to voluntarily dismiss Plaintiff's claims against Defendant Proctor (doc. 117) is **GRANTED**; (2) Plaintiff's claims against Defendant Proctor are **DISMISSED** pursuant to Fed. R. Civ. P. 21 **WITHOUT PREJUDICE**; (3) Defendant Proctor is **TERMINATED** as a party to this litigation; and (4) Defendant Proctor's motion for judgment on the pleadings (doc. 106) is **DENIED AS MOOT**.

     **IT IS SO ORDERED.**


Date:  <u>September 10, 2019</u>                 <u>*s/Thomas M. Rose</u>
                                             Thomas M. Rose
                                             United States District Judge