UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES DIPASQUALE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:16-cv-219 |
| | ) | |
| vs. | ) | |
| | ) | |
| DETECTIVE JAMES HAWKINS, *et al.*, | ) | District Judge Thomas M. Rose |
| | ) | Magistrate Judge Michael J. Newman |
| Defendants. | ) | |

ORDER GRANTING
UNOPPOSED MOTION TO DISMISS WITH PREJUDICE
ALL CLAIMS AGAINST DETECTIVE JAMES HAWKINS

FOR GOOD CAUSE SHOWN, the Unopposed Motion to Dismiss with Prejudice all claims asserted against Detective James Hawkins in the above captioned case is GRANTED.

The instant case is TERMINATED on the Court's docket.

IT IS SO ORDERED:

October 8, 2020

s/Thomas M. Rose
_____
THOMAS M. ROSE, DISTRICT JUDGE